In the Matter of the Construction of the Will of HELEN S. EVERSON, Deceased.

JOHN J. EVERSON et al., Appellants; FIRST TRUST & DEPOSIT COMPANY as Executor and Trustee under the Will of HELEN S. EVERSON, Deceased, Respondent.

Argued October 22, 1945; decided November 29, 1945.

*Victor Levine* and *Norman M. Pinsky* for Jessie B. Bennett, appellant.

*John Carroll Young* for John J. Everson, appellant.

*John H. Farnham* and *Donald V. Carr* for Olive B. Bailey, appellant.

*H. Duane Bruce* for respondent.

*Nathaniel L. Goldstein, Attorney-General (A. W. Feinberg, Orrin G. Judd* and *Thomas Burke* of counsel), in his statutory capacity under section 12 of Personal Property Law and section 113 of Real Property Law.

Order of the Appellate Division affirming decree of Surrogate's Court, affirmed, with costs to all parties appearing separately and filing briefs payable out of the estate.

Appeal from order denying application for inclusion in the record of the proceedings upon the probate of the will of Charles Everson dismissed without costs upon the ground that that order does not finally determine any matter within the meaning of the Constitution.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: LEWIS and MEDALIE, JJ.